COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No    01-11-00326-CV; *Steve Stephens v. Precision Drilling Servs. Corp.*

Appeal from Cause No. 2009-30296-A, in the 234th District Court of Harris County, Texas.

On November 4, 2011, appellee, Precision Drilling, filed a motion to strike pages of the appellants' reply brief.   We **deny** the motion.

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                          Acting for the Court

Panel consists of Justices Jennings, Massengale, and Huddle


Date: May 7, 2013